1

hi I am Michael Peloquin I fill people work and know Jail will not send the peoplework out know they took our tablet away from use the tablet that way where can tex our people know they took use one Day a week for tablet know I use to tex my lawyer on the tablet. I am 63 year old and I need hip pain ever Day can you call some one to help me owl call FLDE and ask them to come see me they will help me get to hospital and get my hip Fic. the thing they Do to peopler in hear and know one can help. there must Be someone how can help me and someone how Been write letter to Defer peopler and he told me to get in cant FLDE our ATF please help me and give my Michael Peloquin and I have it on my tablet about My hip it Been one year I hope that you came fill some one to help me and see about the tax people Money come into the Jail and that is not right for the tax people Money the tablet where had the tablet ever Day Before. I will get my lawyer to filed the 1983 I will have me lawyer filed new people work on the Jail and the peopler in hear or so made and Dont know how to go about it. I holp you good call the FLDE and te send me ther I hope the Date on my tablet is 07-17-2022 I need my hip Fix. if you can help use please

the thing, they Doto peopler in hear there is one gay is lockup all the time and here in lock Down all the time if you cood send me the apperson faur the F.L.D.E please I will write to them if you cood send me the apperson for F.L.D.E then I will write to them. I need to get my hip Fix soon in pain ever Day call someone how cood help me and get me to hospitae and get my hip Fix. they Dont want to spenn the Money to get my hip Fix But they want to keep me in hear. I wood like you to write Be Back. they Ben takeing the mall. the puck 1983 they gav me the 1983 5 Day lete. I look at the Date on it. well I hope you write Back to me thank you for helping Me

Michael peloquin

and give any one my name

FILED 2023 MAR 10 PM 2:48 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA